55 A.3d 1051

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Tabitha BUCK, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 5, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 5th day of November 2012, the Petition for Allowance of Appeal and Application for Remand are **DENIED** without prejudice to the petitioner's right to file or pursue another PCRA petition premised on *Miller v. Alabama,* —— U.S. ——, 132 S.Ct. 2455, 183 L.Ed.2d 407 (2012).